**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ARTHUR JACKSON, <br> WILBERT H. CONRAD <br><br> Plaintiffs, <br><br> v. <br><br> INNOVATIVE SECURITIES SERVICES, LLC, <br> JEFFREY JACKSON, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE: 1:09-CV-00425 (HHK) |

## PLAINTIFF'S MOTION REQUESTING DEFAULT JUDGMENT PURSUANT TO THE FEDERAL RULE 55(a)

Plaintiffs Arthur Jackson and Wilbert H. Conrad (collectively "Plaintiffs"), as representatives of all Plaintiff's who executed a consent form in accordance with Rule 216(b) of the Fair Labor Standards Act, hereby move this Court to enter Default Judgment against Defendants Innovative Securities Services, LLC and Jeffery Jackson, (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 55(a) due to Defendants' failure to respond to Plaintiffs' Complaint. On March 17, 2009 Plaintiffs served a complaint upon Defendants. Duly executed affidavits of service of process have been filed with this Court. As Defendants have failed to file its Answer to Plaintiffs' Complaint, Plaintiffs respectfully request this Court enter Default Judgment against Defendants. Further, Plaintiffs request that this Court schedule an ex parte hearing to determine their damages.

Dated: August 31, 2009

Respectfully submitted,

　/s/ Denise M. Clark　
Denise M. Clark, Esq. (420480)
The Law Office of Denise M. Clark, PLLC
1250 Connecticut Ave., N.W. Ste 200
Washington, D.C. 20036
(202)293-0015
dmclark@benefitcounsel.com