# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR JACKSON, <br> WILBERT H. CONRAD, ET. AL, <br><br> Plaintiffs, <br><br> v. <br><br> INNOVATIVE SECURITIES SERVICES, LLC, <br> JEFFREY JACKSON, <br><br> Defendants. | CASE: 1:09-CV-00425 (HHK) |

## PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION REQUESTING DEFAULT JUDGMENT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Arthur Jackson and Wilbert H. Conrad (collectively "Plaintiffs"), on behalf of themselves and other consenting Plaintiffs, by their undersigned counsel, hereby move this Court to enter Default Judgment against Defendants Innovative Securities Services, LLC ("Innovative") and Jeffrey Jackson (collectively "Defendants") for their failure to respond to Plaintiffs' Complaint.

Therefore, in support of this Motion, Plaintiffs state as follows:

1. On March 4, 2009, Plaintiffs initiated this action in the U.S. District Court for the District of Columbia against Defendants.

2. On March 17, 2009, Defendants Innovative Security and Jeffrey Jackson were served with a summons and complaint.  See Exhibit 1.

3. Defendants had until 28, 2009 to file a responsive pleading.

4. On April 6, 2009 Defendant Jeffrey Jackson sought a 30 day extension of time to file an Answer to the Complaint filed in this action.

5. This was Motion was not opposed by Plaintiffs; therefore, Defendant Jeffrey Jackson had until May 28, 2009 to file a responsive pleading.

6. Jeffrey Jackson failed to file a responsive pleading in this action.

7. Notwithstanding the fact that Innovative's registered agent was duly served on March 17, 2009, to date, Innovative has not filed an Answer, nor requested an extension of time to file its Answer to the Complaint.

8. In light of these facts, Plaintiffs are entitled to entry of Default pursuant to Rule 55(a).

9. Due to the nature of the relief requested, Plaintiffs request that they be permitted 45 days from the entry of the Order of Default Judgment to present affidavits supporting their calculation of damages, fees, and costs.

**WHEREFORE,** Plaintiffs respectfully request that this Court approve the Motion, enter Judgment by Default against Defendants Innovative Security and Jeffrey Jackson. Further Plaintiffs request that the Court grant Plaintiffs 45 days from the entry of an Order of Default Judgment to present their affidavits supporting their calculation of damages, fees, and costs.

Dated: August 31, 2009

Respectfully submitted,

　　　*/s/*Denise M. Clark　　　
Denise M. Clark (420480)
The Law Office of Denise M. Clark
1250 Connecticut Ave, N.W.
Suite 200
Washington, D.C. 20036
(202) 293-0015
dmclark@benefitcounsel.com