**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ARTHUR JACKSON, et al.,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**INNOVATIVE SECURITIES SERVICES, LLC, et al.,**<br><br>　　　　　**Defendants.** | Civil Action 09-00425  (HHK) |

**ORDER**

Before the court is plaintiff's motion for judgment by default [#3].  This motion is premature.  A plaintiff must first obtain an entry of default from the clerk of the court, and then she may seek an entry of default judgment.  Fed. R. Civ. P. 55; *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986); *Meehan v. Snow*, 652 F.2d 274, 276 (2d Cir. 1981); *see also* 10A Fed. Prac. & Proc. Civ. 3d § 2682 ("Prior to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2), there must be an entry of default as provided by Rule 55(a).").

Accordingly, it is this 3rd day of September 2009, hereby

**ORDERED** that the motion [#3] is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge