

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

09CV425 (BJR)

Jeffery Jackson
1818 New York Avenue, NE
Suite 219
Washington, DC 20002

RECEIVED
Mail Room
MAY – 1 2012
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

NIXIE   208  CC 1   04  04/29/12
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 20001280299   *1631-00090-24-39